15284.   CLARK v. ATHENS RAILWAY & ELECTRIC CO.

BLOODWORTH, J.  1.  When all the facts are considered and the excerpts from the charge, of which complaint is made, are read in connection with the remainder of the charge, there is no error in any of them that requires the grant of a new trial.

2. There is ample evidence to support the finding of the jury, and the judge did not err in overruling the motion for a new trial.

Judgment affirmed.   Broyles, C. J., and Luke, J., concur.

DECIDED OCTOBER 7, 1924.

Action for damages; from Clarke superior court—Judge Fortson.   December 1, 1923.

*Horace & Frank Holden, Stephen C. Upson,* for plaintiff.

*John J. Strickland, Erwin, Erwin & Nix,* for defendant.